STATE of Missouri, Respondent,

v.

Jaron A. BRADLEY, Appellant.

No. WD 74052.

Missouri Court of Appeals,
Western District.

Aug. 28, 2012.

Robert J. Bartholomew, Jr., Jefferson City, MO, for appellant.

S. Kate Webber and Patrick W. Peters, Kansas City, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and ALOK AHUJA and MARK D. PFEIFFER, JJ.

ORDER

PER CURIAM:

Jaron A. Bradley appeals his convictions for first-degree assault and armed criminal action. Bradley argues that the trial court lacked sufficient evidence to convict him of either crime, because the evidence failed to establish beyond a reasonable doubt that he was the individual who fired multiple gunshots at a police officer. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).